**92–1410.** Ewers v. Yonley. *Monroe County*, No. 686. On motion for leave to file memorandum in support instanter. Motion granted.

**92–1722.** State v. Hunter. *Delaware County*, No. 91–CA–24. On motion for bail. *Sua sponte*, cause remanded to trial court for setting of bail in accordance with Crim.R. 46.

**92–1741.** Wallace v. Alexander's Busy Bee Nursery, Inc. *Franklin County*, No. 92AP–68. On motion for stay. Motion denied.

## MISCELLANEOUS DISMISSALS

**91–1943.** Craig v. Babcock. *Portage County*, No. 90–P–2248. Cause dismissed, on appellants' application to dismiss.

**91–1944.** Craig v. City Council of Kent, Ohio. *Portage County*, No. 90–P–2247. Cause dismissed, on appellants' application to dismiss.

**91–1945.** Kandall v. City Council of Kent, Ohio. *Portage County*, No. 90–P–2255. Cause dismissed, on appellants' application to dismiss.